No. 74–6168.   HALLMAN *v.* FLORIDA;
No. 74–6377.   SULLIVAN *v.* FLORIDA;
No. 74–6563.   SAWYER *v.* FLORIDA; and
No. 75–5209.   SPENKELINK *v.* FLORIDA.   Sup. Ct. Fla.
Certiorari denied.

MR. JUSTICE BRENNAN, dissenting.

For the reasons stated in my dissenting opinion in *Gregg* v. *Georgia, ante,* p. 227, the imposition and carrying out of the death penalty in each of these cases constitute cruel and unusual punishment in violation of the Eighth and Fourteenth Amendments. I would

therefore grant certiorari in each of these cases and vacate the judgment in each case insofar as it leaves undisturbed the death sentence imposed.

MR. JUSTICE MARSHALL, dissenting.

Because I consider the death penalty to be a cruel and unusual punishment forbidden by the Eighth and Fourteenth Amendments, see *Gregg* v. *Georgia, ante,* p. 231 (MARSHALL, J., dissenting), I would grant certiorari in these cases and vacate the judgments insofar as they leave undisturbed the sentences of death.